IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

      Plaintiff,               No. CIV S-06-1325 FCD PAN (JFM) P

     vs.

T. FELKER, Warden, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On August 7, 2006, plaintiff filed a request for reconsideration of the magistrate judge's July 28, 2006, order dismissing with leave to amend plaintiff's June 15, 2006 complaint and July 11, 2006, request to add a defendant.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 28, 2006 is affirmed.  Plaintiff shall file his amended complaint within thirty days.

DATED: September 19, 2006

                                            /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL JR.
                                            United States District Judge