IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

        Plaintiff,                    No. CIV S-06-1325 FCD EFB P

   vs.

T. FELKER, Warden, et al.,

        Defendants.         <u>ORDER</u>

                            /

       Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with an action filed pursuant to 42 U.S.C. § 1983. By order filed July 28, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

       The amended complaint, for limited purposes of the initial screening under 28 U.S.C. § 1915A(b), states a cognizable claim for relief pursuant to 42 U.S.C. § 1983. If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendants: Dovey, Felker, Roche, Cox, Wolf, and French.

1

1    2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons,
2 an instruction sheet and a copy of the amended complaint filed October 4, 2006.
3    3. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the following documents to the court:
5        a. The completed Notice of Submission of Documents;
6        b. One completed summons;
7        c. One completed USM-285 form for each defendant listed in number 1
8        above; and
9        d. Seven copies of the endorsed amended complaint filed October 4, 2006.
10    4. Plaintiff need not attempt service on defendants and need not request waiver of
11 service. Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13 without payment of costs.
14 DATED: November 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

      Plaintiff,　　　　　　　　　　No. CIV S-06-1325 FCD EFB P

   vs.

T. FELKER, Warden, et al.,　　　　　　　<u>NOTICE OF SUBMISSION</u>

      Defendants.　　　　　　　　　　<u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____

                             Amended Complaint

DATED:

                                          _____

                                          Plaintiff