IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

        Plaintiff,                  No. CIV S-06-1325 FCD EFB P

    vs.

T. FELKER, Warden, et al.,

        Defendants.         <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On November 30, 2006, the court directed plaintiff to submit 7 copies of the October 4, 2006 endorsed amended complaint for the U. S. Marshal to serve defendants. Plaintiff submitted only one copy. He has failed to comply with the order.

    It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the November 30, 2006 order, or to submit 6 copies of his October 4, 2006 amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the October 4, 2006 amended complaint.

Dated: December 29, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE