IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARREN HENDERSON,** | 2:06-cv-1325 FCD EFB P |
| Plaintiff, | **ORDER** |
| v. | |
| **THOMAS FELKER, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to file and serve a response to plaintiff's complaint filed on October 4, 2006, was considered by this court and, good cause appearing,

**IT IS ORDERED** that defendants Dovey, Felker, Roche, and French shall have forty five days, to and including July 26, 2007, in which to file a responsive pleading.

DATED: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE