IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

      Plaintiff,                                 No. CIV S-06-1325 FCD EFB P

    vs.

T. FELKER, Warden, et al.,

      Defendants.                            <u>ORDER</u>

/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has requested that the court appoint counsel.   District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  At this early stage of the proceedings the court cannot find that there are exceptional circumstances.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's April 13, 2010 and August 12, 2010, requests for appointment of counsel are denied.

DATED:  November 19, 2010.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE