IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

      Plaintiff,                              No. CIV S-06-1325 FCD EFB P

    vs.

T. FELKER, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 27, 2010 plaintiff filed discovery requests with the court.

      Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 250.2-250.4.

      Plaintiff's December 27, 2010 discovery requests are stricken and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

Dated: January 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE