IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

      Plaintiff,                    No. CIV S-06-1325 FCD EFB P

      vs.

T. FELKER, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants request an extension of time to file and serve an opposition to plaintiff's motion for summary judgment and a cross-motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

      Defendants May 25, 2011 motion is granted and defendants shall file and serve their opposition and cross motion on or before June 17, 2011.

      So ordered.

DATED: May 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE