IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON

      Plaintiff,                      No. CIV S-06-1325 GEB EFB P

    vs.

T. FELKER, et. al.,

      Defendants.           <u>ORDER</u>

                            /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff seeks leave to amend his May 11, 2011 summary judgment motion, in light of the court's June 21, 2011 order directing defendants to serve plaintiff with amended discovery responses. Dckt. No. 99. Defendants did not file any response to plaintiff's request. Good cause appearing, the court will grant plaintiff's motion and allow him to file a new summary judgment motion that is complete in itself without reference to his earlier filed motion.

       Accordingly, it is hereby ORDERED that:

       1. Plaintiff's May 11, 2011 motion for summary judgment is denied in light of plaintiff's request to file an amended motion;

       2. Plaintiff may, within 30 days, filed an "amended" motion for summary judgment that is complete in itself without reference to the May 11, 2011 motion;

1

3.  Defendants may, within 30 days of this order, withdraw their June 16, 2011 cross-motion for summary judgment, and re-file a motion for summary judgment that is complete in itself without reference to the June 16, 2011 cross-motion.  In the absence of such action, defendants' June 16, 2011 motion for summary judgment remains submitted for decision.

Dated:  October 17, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE