IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON

        Plaintiff,                    No. CIV S-06-1325 GEB EFB P

    vs.

T. FELKER, et. al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants request a 30 day extension of time to respond to plaintiff's amended motion for summary judgment. Dckt. No. 108. Defendants also move for leave to re-file their cross-motion for summary judgment with their opposition to plaintiff's amended motion for summary judgment. Dckt. No. 108. Good cause appearing, defendants' requests will be granted.

        Accordingly, it is hereby ORDERED that:

        1. Defendants' November 30, 2011 request is granted.

        2. Within 30 days from the date of this order, defendants shall file an opposition to plaintiff's amended motion for summary judgment and may also re-file their cross-motion for summary judgment.

1

3. Defendants' June 16, 2011 cross-motion for summary judgment is denied in light of defendants' request to re-file their cross-motion for summary judgment with their opposition to plaintiff's amended motion for summary judgment.

DATED: December 1, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE