IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

        Plaintiff,                  No. 2:06-cv-1325 GEB EFB P

    vs.

T. FELKER, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file and serve his objections to the undersigned's August 15, 2012 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's request (Dckt. No. 137) is granted and plaintiff has 15 days from the date this order is served to file and serve his objections. Absent a showing of substantial cause, the court does not intend to grant any further extensions of time.

        So ordered.

Dated: August 28, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE