IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

    Plaintiff,                  No. 2:06-cv-1325 GEB EFB P

    vs.

T. FELKER, et al.,

    Defendants.          ORDER

/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). Plaintiff argues that, without counsel, he cannot supply the court with nominations for a neutral expert to assist the court in accordance with the court's order of January 24, 2013. Dckt. No. 148. As the court provided in that order, however, if plaintiff is unable to provide a list of potential experts, the court will select an expert from defendants' list. The court finds that there are no exceptional circumstances in this case warranting appointment of counsel at this time.

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's February 20, 2013 motion for
2 appointment of counsel, Dckt. No. 152, is denied.
3 Dated: February 27, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE