IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

      Plaintiff,                    No. 2:06-cv-1325 GEB EFB P

  vs.

T. FELKER, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

      On February 21, 2013, defendants filed "objections" to the Magistrate Judge's order filed January 24, 2013 (Docket No. 148), concluding that a neutral expert is necessary and seeking nominations for such an expert from the parties. Dckt. No. 151.  The court construes this filing as a request for reconsideration of the January 24 order.   Pursuant to E.D. Cal. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

////

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  Magistrate Judge filed January 24, 2013, is affirmed.
3  Dated: March 6, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge