IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

    Plaintiff,                       No. 2:06-cv-01325-TLN-EFB P

    vs.

T. FELKER, et al.,

    Defendants.               <u>ORDER</u>

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 22, 2013, the court appointed Dr. Frederic B. Kraemer to act as a neutral expert to assist the court in determining certain issues raised by defendants' motion for summary judgment. Dckt. No. 163. Dr. Kraemer has requested to review plaintiff's institutional medical records from August 2000 through December 2005.

    Although the California Department of Corrections and Rehabilitation ("CDCR") is not a party to this action, in the Court's experience, defendants who are employed by CDCR and represented by the state Attorney General's Office can generally obtain documents such as an inmate's medical records by requesting them from CDCR with appropriate, signed medical releases or a court order.

////

1

1  Plaintiff has placed his medical condition at issue in this action. Dckt. No. 16 at 3
2  (alleging that plaintiff is an insulin-dependent diabetic with high blood pressure and neuropathy).
3  By doing so, he has waived any privilege and privacy rights he may assert in his medical
4  records. *E.g., Hicks v. Neal*, No. C 12-2207 SI (pr), 2013 U.S. Dist. LEXIS 23345, at *1-5 (N.D.
5  Cal. Feb. 20, 2013). In addition, the Health Insurance Portability and Accountability Act of
6  1996 allows covered entities to disclose otherwise protected health information in the course of a
7  judicial proceeding in response to a court order. 45 C.F.R. § 164.512(e).
8  Accordingly, it is hereby ORDERED that:
9  1. Within 14 days of the date of this order, plaintiff or defendants may file
10  objections to the production of plaintiff's medical records from August 2000
11  through December 2005 or move the court for a protective order governing such
12  production; and
13  2. If no such motion or objection is filed, defendants shall, within 28 days of the date
14  of this order, produce plaintiff's medical records from August 2000 through
15  December 2005 to the court.
16  Dated: July 17, 2013.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE