IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,

     Plaintiff,                     No. 2:06-cv-1325-GEB-EFB P

     vs.

T. FELKER, et al.,

     Defendants.               ORDER

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 22, 2013, the court appointed Dr. Frederic B. Kraemer to act as a neutral expert to assist the court in determining certain issues raised by defendants' motion for summary judgment. ECF No. 163. Dr. Kraemer requested to review plaintiff's institutional medical records from August 2000 through December 2005, and the court ordered defendants to produce those records. ECF No. 169. The court provided plaintiff with four weeks to move for a protective order governing the records; plaintiff made no such motion. *Id.* In response to the court's order, defendants have lodged 240 pages of plaintiff's medical records. ECF No. 176 (Notice of Lodging of Documents in Paper).

/////

/////

1  The Clerk of the Court is hereby directed to send one copy of the documents lodged on
2  August 14, 2013 to Dr. Kraemer at Division of Endocrinology, S-025, 300 Pasteur Drive,
3  Stanford, CA 94305-5103 and one copy of the same to plaintiff.
4  So ordered.
5  Dated:  October 8, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE