# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DARREN HENDERSON,  

        Plaintiff,

  v.

T. FELKER, et al.,

        Defendants.
_____/

No. 2:06-cv-1325-GEB-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Darren Henderson, CDCR # V-72920, a necessary and material witness in a settlement conference in this case on November 7, 2013, is confined in California State Prison, Los Angeles County (LAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom No. 9, 501 I Street, Sacramento, California 95814, on Thursday, November 7, 2013 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, P.O. Box 8457, Lancaster, California 93539:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  October 15, 2013.

                                            EDMUND F. BRENNAN  
                                            UNITED STATES MAGISTRATE JUDGE