UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>T. FELKER, et al.,<br><br>　　　　　　Defendants. | No.  2:06-cv-1325-GEB-EFB P<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

　　　　Pursuant to the representations of plaintiff and counsel for defendants at a Settlement Conference conducted by Magistrate Judge Kellison on November 7, 2013, the above-captioned case has settled.  *See* ECF No. 186.  Although the parties executed a proposed stipulation of dismissal with prejudice on November 7, 2013, on November 12, 2013, defendants filed a Notice of Settlement stating that stipulation for voluntary dismissal will be filed after settlement funds have been paid.  *See* ECF Nos. 185, 187.

　　　　Since it appears that the November 17 proposed stipulation of dismissal may have been prematurely executed, the court now orders that dispositional documents are to be filed not later than forty-five (45) days from the date of this order.

　　　　All hearing dates set in this matter are VACATED.

/////

/////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4  IT IS SO ORDERED.

5  DATED: December 2, 2013.

6  _____
   EDMUND F. BRENNAN
7  UNITED STATES MAGISTRATE JUDGE