UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HENDERSON,<br><br>              Plaintiff,<br><br>     v.<br><br>T. FELKER, et al.,<br><br>              Defendants. | No.  2:06-cv-1325-GEB-EFB P<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations of plaintiff and counsel for defendants at a Settlement Conference conducted by Magistrate Judge Kellison, the above-captioned case has settled.  *See* ECF No. 186.  On December 3, 2013, the court ordered the parties to file dispositional documents within 45 days.  ECF No. 188.  In response, defendants requested an extension of time for Dovey and Felker to file their dispositional documents, and indicated that they had already filed dispositional documents for defendant Roche.  The stipulation of dismissal to which they refer, however, was not signed by "all parties who have appeared," as required by Rule 41(a)(1)(A)(ii).  ECF No. 185.  Moreover, it prematurely calls for the entire "action" to be dismissed and for the Clerk to "close the file."  *Id.*  Thus, the court cannot approve the stipulation for voluntary dismissal of defendant Roche, as drafted.  The court will, however, grant the parties an extension of time to file all dispositional documents.

/////

1

Accordingly, IT IS HEREBY ORDERED that final dispositional documents shall be filed on or before May 6, 2014.

Dated: December 12, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE